STATE OF NEW JERSEY v. MARIAN D. MURPHY.

February 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF P.K.

February 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. OSCAR SANCHEZ.

February 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JUAN JESUS ARCE.

February 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS BEAUFORD.

February 21, 1989.

Petition for certification denied.